BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Terri A. Roberts, Deputy County Attorney
Arizona State Bar No. 012862
David W. Krula, Deputy County Attorney
Arizona State Bar No. 025576
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorneys for Creditor Pima County

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>CAMMRON DELOS PANCOST and EMILY HELENE PANCOST,<br><br>Debtors. | CHAPTER 13<br><br>Case No.: 4:10-bk-18886-EWH<br><br>**NOTICE OF PARTIAL SATISFACTION OF PIMA COUNTY'S CLAIM NOS. 4 AND 5** |

Secured Creditor Pima County, by and through undersigned counsel, informs the Court, Debtors, Trustee and interested parties that it has received partial payment of its secured claim no. 4 in the amount of $775.72 (first half of the 2010 real property taxes) and claim no. 5 in the amount of $1,202.15 (first half of the 2010 real property taxes) outside of the bankruptcy plan. Therefore, it is not necessary for the Trustee to withhold any monies on behalf of Pima County for payment of the first half of the 2010 real property taxes through the Debtors' bankruptcy plan. The remaining amount owned on claim no. 4 for the second half of the 2010 real property taxes is $775.71. The remaining amount owed on claim no. 5 for the second half of the 2010 real property taxes is $1,202.14. If these balances are not paid by 5:00 p.m. on May 2, 2001, they will accrue interest at the rate of 16% per annum pursuant to A.R.S. §42-18053.

RESPECTFULLY SUBMITTED this 14th day of February, 2011.

                      BARBARA LAWALL
                      PIMA COUNTY ATTORNEY

By: *David W. Krula* (signature)
     David W. Krula
     Deputy County Attorney

Original filed with the Clerk of the
Court on this 14th day of February, 2011.

Copy of the foregoing mailed this
14th day of February, 2011, to:

ROSS K. MEINERS
Meiners Law Office, PLC
2 East Congress Street, Suite 900
Tucson, Arizona 85701
*Attorney for Debtors*

DIANNE C. KERNS
7320 North La Cholla #154 PMB 413
Tucson, Arizona 85741-2305
*Chapter 13 Trustee*

By: (signature)